UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| RANDY OSTRANDER, # 631912, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-cv-1219 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| ARAMARK CORPORATION, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED that defendants' Rule 12(b)(6) motion (ECF No. 12) is GRANTED IN PART AND DENIED IN PART. The motion is DENIED as to the portion of the motion seeking dismissal of all plaintiff's claims against defendants based on the affirmative defense provided by 42 U.S.C. § 1997e(a). The motion is GRANTED as to all plaintiff's federal claims and judgment is hereby entered in defendants' favor on those claims.

The Court, in its discretion, declines to exercise supplemental jurisdiction over plaintiff's purported state law claims and those claims are DISMISSED WITHOUT PREJUDICE.

Dated:  September 28, 2016      /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge